IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB HEINO, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>SAC WIRELESS, LLC,<br><br>Defendant. | EDPA NO.: 2:24-cv-02009-JDW |

## JOINT STIPULATION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS

**AND NOW**, this 14th day of June, 2024, it is hereby STIPULATED and AGREED by and between the Plaintiff, Jacob Heino, on behalf of himself and others similarly situated, and Defendant, SAC Wireless, LLC (hereinafter, "the Parties") to transfer the above-captioned matter to the United States District Court for the Northern District of Illinois. The Parties agree that the Northern District of Illinois is the proper venue to review Plaintiff's claims pursuant to 28 U.S.C. § 1404(a).

STIPULATED AND AGREED:

| | |
|---|---|
| **Winebrake & Santillo, LLC**<br>_/s/ Peter D. Winebrake____<br>Peter D. Winebrake, Esquire<br>Attorney for Plaintiff(s) | **Reilly, McDevitt & Henrich, P.C.**<br>/s/ *Susan M. Valinis*_____<br>Susan M. Valinis, Esquire<br>Attorney for Defendant, SAC Wireless, LLC |

Case 2:24-cv-02009-JDW   Document 11   Filed 06/17/24   Page 2 of 2

- 2 -

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB HEINO, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>SAC WIRELESS, LLC,<br><br>Defendant. | EDPA NO.: 2:24-cv-02009-JDW |

### ORDER

IT IS HEREBY ORDERED that this case is transferred to the Eastern Division of the Northern District of Illinois. The Clerk is directed to enter this order and forward copies to counsel of record. Along with the file, the Clerk is directed to forward a copy of the file together with a copy of this Order to the Clerk for the Northern District of Illinois – Eastern Division.

BY THE COURT:

Dated: June 17, 2024

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

- 2 -